FILED
JUN 24 2026
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. |
| | ) | |
| IONELA CHICIU, | ) | |
| a/k/a IONELA CHICIU-NISTOR, | ) | 4:26CR00287 RWS SRW |
| a/k/a IONELA NISTOR CHICIU, | ) | |
| a/k/a IONELA AURORA CHICIU, | ) | |
| a/k/a AURORA NISTOR, | ) | |
| | ) | |
| Defendant. | ) | |

## INDICTMENT

The Grand Jury charges that:

## INTRODUCTION

At all times material to this Indictment, unless otherwise specified below:

1. Beginning at least on or about January 9, 2024 and continuing through on or about May 27, 2026, Defendant Ionela Chiciu ("Defendant Chiciu") participated in a scheme to steal merchandise from retail stores and transport those stolen goods across state lines as follows:

a. Defendant Chiciu and other co-conspirators would steal cosmetic products and other merchandise from retailers located throughout the United States by hiding the products in their clothing and/or bags and exiting without paying for the merchandise.

b. Defendant Chiciu and other co-conspirators would then drive the stolen property in a car across state lines and/or mail the stolen goods across state lines using private or commercial interstate carriers.

2. Over the course of the scheme, Defendant Chiciu traveled from California to various states, including Illinois and Missouri, and stole approximately $284,000 worth of merchandise from retail stores, including CVS, Ulta Beauty, and Walgreens.

3. On or about May 27, 2026, Defendant Chiciu and an unknown co-conspirator stole approximately $18,000 worth of cosmetic products and other merchandise from five Walgreens stores in Illinois and drove a car containing the stolen cosmetic products to Missouri.

**COUNT I**
**INTERSTATE TRANSPORTATION OF STOLEN PROPERTY**
**18 U.S.C. §§ 2314 & 2**

4. Paragraphs 1-3 are hereby realleged and incorporated by reference herein.

5. On or about May 27, 2026, in Chesterfield, Missouri, within the Eastern District of Missouri, the defendant,

**IONELA CHICIU,**
**a/k/a IONELA CHICIU-NISTOR,**
**a/k/a IONELA NISTOR CHICIU,**
**a/k/a IONELA AURORA CHICIU,**
**a/k/a AURORA NISTOR,**

did unlawfully transport in interstate commerce, stolen property, that is, cosmetic products the value of which was $5,000 or more, from the State of Illinois to the State of Missouri, knowing the same to be stolen.

All in violation of Title 18, United States Code, Sections 2314 & 2.

**FORFEITURE ALLEGATION**

The Grand Jury further finds by probable cause that:

1. Pursuant to Title 18, United States Code, Sections 981(a) and Title 28, United States Code, Section 2461(c), upon conviction of an offense in violation of Title 18, United States Code, Section 2314 as set forth in Count I, the defendant shall forfeit to the United States of America any

property, real or personal, constituting or derived from any proceeds traceable to such violations.

2. Subject to forfeiture is a sum of money equal to the total value of any property, real or personal, constituting or derived from any proceeds traceable to said violations.

3. If any of the property described above, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States of America will be entitled to the forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL.

______________________________
FOREPERSON

THOMAS C. ALBUS
United States Attorney

______________________________
Karin A. Schute #62019MO
Assistant United States Attorney